Entered: August 27th, 2025
Signed: August 26th, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: | Case No. 24-14107-MCR |
| MARCUS WILLIAMS | |
|     Debtor | Chapter 13 |
| _____ | |
| U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2021-G, MORTGAGE-BACKED SECURITIES, SERIES 2021-G, Movant, | |
| v. | |
| MARCUS WILLIAMS, Debtor/Respondent, | |
| and | |
| LETHEA A. WILLIAMS, Co-Debtor/Co-Respondent, | |
| and | |
| TIMOTHY P. BRANIGAN, Trustee/Respondent. | |

### ORDER GRANTING RELIEF FROM STAY

Upon default of the Lethea A. Williams and Marcus Williams (the "**Debtor**") incident to the Court's Order of February 13, 2025 (the "**Agreed Order**") (ECF No. 34), and in accordance with the First Notice of Non-Compliance filed July 28, 2025 (the "**First Notice**") (ECF No. 40), with Counsel for the Movant having filed a Certificate of Default on August 25, 2025, and the Court finding grounds to terminate the stay, it is,

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 was terminated upon the failure of the Debtor to cure the default listed in the First Notice. The Movant is permitted to enforce the lien of its Deed of Trust as it pertains to the real property located at 4920 Manheim Avenue, Beltsville, MD 20705 (the "**Property**") including beginning or resuming foreclosure

proceedings and such relief shall extend to the successful purchaser at a sale to allow said purchaser to take such action under state law, as may be necessary, to obtain possession of the Property, and it is further

      **ORDERED** that the Automatic Stay of 11 U.S.C. § 362 shall not be re-imposed by conversion of this case to a case under another Chapter of the United States Bankruptcy Code, and it is further

      **ORDERED** that the Chapter 13 Trustee is relieved from making disbursements on the prepetition arrears claim of the Movant, if any, in the confirmed Chapter 13 Plan.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Timothy P. Branigan, Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046

Jeffrey M Sirody
1777 Reisterstown Road, Suite 360 E
Baltimore, MD 21208

Lethea A. Williams
4920 Manheim Avenue
Beltsville, MD 20705

Marcus Williams
4920 Manheim Avenue
Beltsville, MD 20705

                                                **END OF ORDER**